# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                         Case Number: 07-CV-6896

DIANN BLACKWELL  )
        Plaintiff,  )
v.  )
NCO FINANCIAL SYSTEMS, INC.  )
        Defendant.  )

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

NCO FINANCIAL SYSTEMS, INC.

---

| | |
|---|---|
| **NAME (Type or print)** <br> DAVID ISRAEL | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) <br> s/ David Israel | |
| **FIRM** <br> SESSIONS, FISHMAN & NATHAN, L.L.P. | |
| **STREET ADDRESS** <br> Lakeway Two, Suite 200, 3850 Causeway Boulevard | |
| **CITY/STATE/ZIP** <br> Metairie, Louisiana 70002-1752 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)** <br> 90785267 | **TELEPHONE NUMBER** <br> 504-828-3700 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |