U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 07-CV-6896 |
|---|---|
| DIANN BLACKWELL | |
| Plaintiff, | |
| v. | |
| NCO FINANCIAL SYSTEMS, INC. | |
| Defendant. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

NCO FINANCIAL SYSTEMS, INC.

| NAME (Type or print) |
|---|
| EDWIN R. CUMMINGS |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Edwin R. Cummings |
| FIRM |
| SESSIONS, FISHMAN & NATHAN OF ILLINOIS, L.L.C. |
| STREET ADDRESS |
| 1000 Skokie Boulevard, Suite 430 |
| CITY/STATE/ZIP |
| Wilmette, Illinois 60091 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6199348 | 847-853-6100 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐