# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DIANN BLACKWELL, | Case No.: 1:07-cv-6896 |
| Plaintiff, | Judge: Aspen |
| v. | |
| NCO FINANCIAL SERVICES, INC., | **PLAINTIFF'S AGREED MOTION TO CONTINUE THE STATUS HEARING** |
| Defendant. | |

Now comes Plaintiff, by and through counsel, and respectfully requests that this Court continue the status hearing presently set for January 24, 2008 at 10:30 a.m. Such a continuance is merited since, by executing the Waiver of Service, Defendant's Answer is not due until February 5, 2008.

Plaintiff filed her Complaint on December 6, 2007 alleging violations of the Fair Debt Collection Practices Act. (Docket # 1). On December 14, 2007, Plaintiff filed an executed Waiver of Service allowing Defendant until February 5, 2008 to file its Answer. (Docket # 5). On December 17, 2007, this Court set a status hearing in the above-captioned matter for January 24, 2007. (Docket # 8). Given that Defendant's Answer is not due until February 5, 2008, a short continuance of the status hearing set for January 24, 2008 is warranted.

On December 31, 2007, Plaintiff's counsel contacted Defendant's counsel to obtain Defendant's consent to the continuance requested herein and Defendant's counsel consented without reservation. Therefore, for the foregoing reasons, Plaintiff's counsel respectfully requests that the status hearing presently set for January 24, 2008 at 10:30 a.m. be continued

1

until February 28, 2008 at 10:30 a.m. to allow Defendant to file its Answer and for the parties to abide by Federal Rule of Civil Procedure 26.

                RESPECTFULLY SUBMITTED,

                Legal Helpers, P.C.

By:   */s/ Richard J. Meier*
     Richard J. Meier
     Attorney for Plaintiff
     20 West Kinzie; Suite 1300
     Chicago, IL 60610
     Telephone: 1.866.339.1156
     rjm@legalhelpers.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 31, 2007 a copy of the foregoing Motion was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Richard J. Meier*