**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| DIANN BLACKWELL, | Case No.: 1:07-cv-6896 |
| Plaintiff, | Judge: Aspen |
| v. | |
| NCO FINANCIAL SERVICES, INC., | **NOTICE OF MOTION** |
| Defendant. | |

To:     NCO Financial Services, Inc.

PLEASE TAKE NOTICE that on January 10, 2008 at the hour of 10:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before Judge Aspen or any judge sitting in his stead at the United States Courthouse; 219 South Dearborn Street; Chicago, Illinois 60604, and then and there present **PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT**, a copy of which is served upon you.

RESPECTFULLY SUBMITTED,

Legal Helpers, P.C.

By:     */s/ Richard J. Meier*
        Richard J. Meier
        Attorney for Plaintiff
        Legal Helpers, P.C.
        20 West Kinzie; Suite 1300
        Chicago, IL 60611
        Telephone: 1.866.339.1156
        rjm@legalhelpers.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 31, 2007 a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

      */s/ Richard J. Meier*