# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DIANN BLACKWELL,<br><br>    Plaintiff,<br><br>v.<br><br>NCO FINANCIAL SERVICES, INC.,<br><br>    Defendant. | Case No.: 1:07-cv-6896<br><br>Judge: Aspen<br><br><br><br>**NOTICE OF MOTION** |

To:   NCO Financial Services, Inc.

PLEASE TAKE NOTICE that on January 10, 2008 at the hour of 10:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before Judge Aspen or any judge sitting in his stead at the United States Courthouse; 219 South Dearborn Street; Chicago, Illinois 60604, and then and there present **PLAINTIFFS' AGREED MOTION FOR CONTINUANCE OF THE STATUS HEARING**, a copy of which is served upon you.

RESPECTFULLY SUBMITTED,

Legal Helpers, P.C.

By:   */s/ Richard J. Meier*
       Richard J. Meier
       Attorney for Plaintiff
       Legal Helpers, P.C.
       20 West Kinzie; Suite 1300
       Chicago, IL 60611
       Telephone: 1.866.339.1156
       rjm@legalhelpers.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 2, 2008 a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                      */s/ Richard J. Meier*