UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DIANN BLACKWELL<br><br>    Plaintiff,<br><br>v.<br><br>NCO FINANCIAL SYSTEMS, INC.<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case No.: 07 C 6896<br>)<br>)<br>)<br>)<br>) |

### CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of January, 2008, a copy of the foregoing **DEFENDANT, NCO FINANCIAL SYSTEMS, INC.'S RULE 7.1(a) CORPORATE DISCLOSURE STATEMENT** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Jeffrey S. Hyslip
LEGAL HELPERS, P.C.
20 West Kinzie Street, Suite 1300
Chicago, Illinois 60610
(866) 339-1156

                                                    *s/Edwin R. Cummings*
                                                    Edwin R. Cummings

Subscribed and sworn to before me
this 17 day of January 2008.

_____
      NOTARY PUBLIC

OFFICIAL SEAL
HARRIET D CROSBY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:03/06/11

N:\NCO\Blackwell, Diann (6947-07-22416)\Pleadings\Corporate Disclosure Statement - 1-17-08.doc