IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DIANN BLACKWELL | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No.: 07 C 6896 |
| NCO FINANCIAL SYSTEMS, INC. | ) |
| | ) |
| Defendants. | ) |

### CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of January, 2008, a copy of the foregoing **DEFENDANT'S MOTION TO WITHDRAW APPEARANCE OF EDWIN R. CUMMINGS** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Jeffrey S. Hyslip
LEGAL HELPERS, P.C.
20 West Kinzie Street, Suite 1300
Chicago, Illinois 60610
(866) 339-1156

*s/Edwin S. Cummings*

Subscribed and sworn to before me this 25 day of January, 2008.

_____
NOTARY PUBLIC

OFFICIAL SEAL
HARRIET D CROSBY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:03/06/11

N:\NCO\Blackwell, Diann (6947-07-22416)\Pleadings\Defendant's Motion To Withdraw Appearance of Edwin R. Cummings 1-25-08.doc