**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Diann Blackwell
                                        Plaintiff,

v.                                                   Case No.: 1:07−cv−06896
                                                   Honorable Marvin E. Aspen

NCO Financial Systems, Inc.
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, January 29, 2008:

      MINUTE entry before Judge Marvin E. Aspen dated 1/29/08:Defendant's motion to withdraw (Doc. No. 16) the appearance of Edwin R. Cummings as counsel for defendant is granted. Motion terminated. Attorney Edwin Raymond Cummings terminated. Attorney David Israel will remain as counsel for defendant. The status hearing set for 2/28/08 is reset to 3/4/2008 at 10:30 AM. Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.