UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DIANN BLACKWELL )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NCO FINANCIAL SYSTEMS, )<br>INC. )<br>)<br>Defendants. )<br>) | Case No.: 07 C 6896 |

**ORDER**

THIS MATTER COMING TO BE HEARD on defendant's motion to withdraw the appearance of attorney Edwin R. Cummings:

IT IS HEREBY ORDERED:

1. That attorney Edwin R. Cummings is granted leave to withdraw his appearance as counsel in this matter on behalf of the defendant Blackwell v. NCO Financial Systems, Inc. 07 CV 6896.

This 29th day of January, 2008.

_____
Judge Marvin E. Aspen

N:\NCO\Blackwell, Diann (6947-07-22416)\Pleadings\Order (Proposed) ERC Withdrawal 1-25-08.doc