# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                           Case Number: 08 C 6896
DIANN BLACKWELL

-vs-

NCO FINANCIAL SYSTEMS, INC.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Defendant NCO Financial Systems, Inc.

| |
|---|
| NAME (Type or print) <br> James K. Schultz |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ James K. Schultz |
| FIRM <br> Sessions, Fishman, Nathan & Israel, LLP |
| STREET ADDRESS <br> 1000 Skokie Boulevard, Suite 430 |
| CITY/STATE/ZIP <br> Wilmette, Illinois 60091 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6243838 — TELEPHONE NUMBER (847) 853-6100 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☑   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☑   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |