IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DIANN BLACKWELL ) | |
| ) | |
| Plaintiff, ) | |
| ) | Judge Aspen |
| -vs- ) | |
| ) | Case No.: 07 C 6896 |
| NCO FINANCIAL SYSTEMS, INC. ) | |
| ) | |
| Defendant. ) | |

## NOTICE VACATING ACCEPTANCE OF OFFER OF JUDGMENT

NOW COMES Defendant, NCO FINANCIAL SYSTEMS, INC., ("NCO"), by and through undersigned counsel, and hereby submits the following Notice that the Plaintiff's Acceptance of Defendant's Offer Of Judgment is, by agreement of the parties, vacated pursuant to the subsequent settlement of this matter. The Offer of Judgment served on Plaintiff on March 10, 2008 was conditioned on the parties reaching an agreement as to the total amount of Plaintiff's recoverable attorney's fees and costs, and did not contain an amount certain for the judgment. The parties, through their respective counsel, have subsequently compromised and agreed to a final and complete settlement of this matter. Therefore, the above action has been fully compromised and settled by and between the parties, and the Acceptance of Offer of Judgment filed by Plaintiff on March 24, 2008 can be vacated without entry of judgment in favor of Plaintiff and against Defendant.

Respectfully Submitted,

By: /s/ *James K. Schultz*
James K. Schultz

James K. Schultz
SESSIONS, FISHMAN, NATHAN & ISRAEL OF ILLINOIS, LLC
1000 Skokie Boulevard, Suite 430
Wilmette, IL 60091
Telephone: (847) 853-6100
Facsimile: (847) 853-6105
E-Mail:     jschultz@sessions-law.biz

**Of Counsel:**

David Israel
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
Lakeway Two, Suite 200
3850 North Causeway Boulevard
Metairie, LA 70002-7227
Telephone: (504) 828-3700
Facsimile: (504) 828-3737
E-Mail:     disrael@sessions-law.biz

Attorneys for Defendant, NCO FINANCIAL SYSTEMS, INC.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DIANN BLACKWELL | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Judge Aspen |
| -vs- | ) | |
| | ) | Case No.: 07 C 6896 |
| NCO FINANCIAL SYSTEMS, INC. | ) | |
| | ) | |
| Defendant. | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of March, 2008, a copy of the foregoing **NOTICE VACATING ACCEPTANCE OF OFFER OF JUDGMENT** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Jeffrey S. Hyslip
Richard J. Meier
LEGAL HELPERS, P.C.
20 West Kinzie Street, Suite 1300
Chicago, Illinois 60610
(866) 339-1156

*s/James K. Schultz*
James K. Schultz