# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DIANN BLACKWELL, | Case No.: 1:07-cv-6896 |
| Plaintiff, | Judge: Aspen |
| v. | |
| NCO FINANCIAL SERVICES, INC., | **CONSENT MOTION TO DISMISS WITH PREJUDICE** |
| Defendant. | |

Plaintiff, by and through counsel, gives notice that the parties in the above-captioned matter reached a settlement. Accordingly, Plaintiff respectfully moves the Court to dismiss the above-captioned matter with prejudice but requests leave to reinstate within 30 days if necessary. Defendant consented to this Motion without reservation.

RESPECTFULLY SUBMITTED,

Legal Helpers, P.C.

By: */s/ Richard J. Meier*
    Richard J. Meier
    Attorney for Plaintiff
    The Sears Tower
    Suite 5150
    Chicago, IL 60606
    Telephone: 1.866.339.1156
    rjm@legalhelpers.com

**CERTIFICATE OF SERVICE**

I hereby certify that on a copy of the foregoing Motion was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

*/s/ Richard J. Meier*