UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Diann Blackwell
                                      Plaintiff,

v.                                            Case No.: 1:07−cv−06896
                                                   Honorable Marvin E. Aspen

NCO Financial Systems, Inc.
                                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, March 31, 2008:

      MINUTE entry before Judge Honorable Marvin E. Aspen dated 3/31/08:Plaintiffs' consent Motion to dismiss [24] with prejudice is granted. This action is dismissed with prejudice and with leave to reinstate within 30 days if necessary. The status hearing set for 4/3/08 is stricken. Civil case terminated. Judicial staff mailed notice. notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.